

FILED

JUN 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CRAIG W. BRUSH,<br><br>Plaintiff. | No. C 14-02311 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On May 19, 2014, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: June 26, 2014

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
02311Brush_dism-ifp&comp.wpd

1